IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:24-mj-00339-SMD |
| | ) | |
| JAQUEZ MYRICK | ) | |

## **MOTION FOR DETENTION**

Pursuant to 18 U.S.C. § 3142(e) and (f), the United States of America moves for detention of the defendant.

1.    Eligibility of Cases

This case is eligible for a detention order because this case involves:

_____        10 + year crime of violence (18 U.S.C. § 3156)

_____        10 + year federal crime of terrorism (18 U.S.C. § 2332b(g)(5)(B))

_____        Maximum sentence of life imprisonment or death

_____        10 + year drug offense

_____        Felony, with at least two prior convictions in the above categories

_____        Felony involving a minor victim

\_\_X\_\_        Felony involving possession or use of a firearm or other destructive device (as defined by 18 U.S.C. § 921) or any other dangerous weapon

_____        Failure to register as a sex offender (18 U.S.C. § 2250)

\_\_X\_\_        Serious risk the defendant will flee

_____        Serious risk of obstruction of justice

2.    Reason for Detention

The Court should detain defendant because there are no conditions of release which will

reasonably assure:

    __X__           Defendant's appearance as required.

    __X__           Safety of any other person and the community

3.      <u>Rebuttable Presumption</u>

The government will invoke the rebuttable presumption against defendant under Section

3142(e).

    _____        Previous conviction for "eligible" offense committed while on pretrial bond, and a period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described

    _____        Probable cause to believe defendant committed 10 + year drug offense or probable cause to believe that defendant committed a crime in which a firearm was used or carried under Section 924(c)

    _____        Probable cause to believe defendant conspired to kill, kidnap, maim, or injure persons in a foreign country as prohibited under 18 U.S.C. § 956(a)

    _____        Probable cause to believe defendant committed act of terrorism transcending national boundaries (18 U.S.C. § 2332) or a 10 + year federal crime of terrorism as defined in 18 U.S.C. § 2332b(g)(5)(B)

    _____        Probable cause to believe defendant committed 10 + year offense involving a minor victim

4.      <u>Time for Detention Hearing</u>

The government requests the Court conduct the detention hearing:

    _____        At the initial appearance

    __X__           After continuance of __3__ days

The government also requests leave of court to file a supplemental motion with additional

grounds or presumption for detention should this be necessary.

Respectfully submitted this 12th day of November, 2024.

> KEVIN P. DAVIDSON
> ACTING UNITED STATES ATTORNEY
>
> /s/Tara S. Ratz
> TARA S. RATZ
> Assistant United States Attorney
> 131 Clayton Street
> Montgomery, AL 36104
> Phone: (334) 223-7280
> Fax: (334) 223-7135
> E-mail: Tara.Ratz@usdoj.gov